Case 2:16-cr-20222-AJT-RSW ECF No. 393-3, PageID.2745 Filed 04/15/20 Page 1 of 2

A-Z Topics | Site Map | FOIA

Search bop.gov

| Home | About Us | Inmates | Locations | Careers | Business | Resources | Contact Us |

# Find an inmate.

Locate the whereabouts of a federal inmate incarcerated from 1982 to the present. Due to the First Step Act, sentences are being reviewed and recalculated to address pending Good Conduct Time changes. As a result, an inmate's release date may not be up-to-date. Website visitors should continue to check back periodically to see if any changes have occurred.

**Find By Number** | **Find By Name**

| First | Middle | Last | Race | Age | Sex |
|---|---|---|---|---|---|
| ramel | | howard | | | |

**1** Result for search **ramel howard**        Clear Form    Search

### RAMEL LEVERTIS HOWARD

Register Number: 54562-039

Age: 46
Race: Black
Sex: Male

Located at: **Morgantown FCI**

Release Date: 01/09/2022

**Related Links**

Facility Information
Call or email
Send mail/package
Send money
Visit
Voice a concern

About the inmate locator & record availability

| About Us | Inmates | Locations | Careers | Business | Resources | Resources For ... |
|---|---|---|---|---|---|---|
| About Our Agency | Find an Inmate | List of our Facilities | Life at the BOP | Acquisitions | Policy & Forms | Victims & Witnesses |
| About Our Facilities | First Step Act | Map of our Locations | Explore Opportunities | Solicitations & Awards | News Stories | Employees |
| Historical Information | Communications | Search for a Facility | Current Openings | Reentry Contracting | Press Releases | Federal Executions |
| Statistics | Custody & Care | | Our Hiring Process | | Publications | Former Inmates |
| | Visiting | | | | Research & Reports | Media Reps |
| | Voice a Concern | | | | | |

Contact Us | FOIA | No FEAR Act | Privacy Policy | Information Quality | Website Feedback                 .
USA.gov | Justice.gov | Open Government