4-13-2020

Dear Judge Tarnow

I am writing this letter on behalf of my child father MR Ramel Howard, I am Ann Timmons the mother of his 2 Children.

MR. Howard Continuously has stayed in Contact with his Children. By way of E-mail, letters, and phone Conversation's which has made a positive Impact on their lives. I pray for him to be released to his family so he can have a Chance of Survival Due to the Coronavirus.

I thank you in advance

Ann Timmons