| PROB 12C-2 (Rev. 08/18) | **VIOLATION REPORT** Emergency Warrant Request | | | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 2280723 | **DATE** 12/28/2020 |
|---|---|---|---|---|---|---|
| **NAME** HOWARD, Ramel Levertis | | | **OFFICER** Natalie Karpac | **JUDGE** Arthur J. Tarnow | **DOCKET #** 16-CR-20222-02 | |
| **ORIGINAL SENTENCE DATE** 06/04/2018 **COMMENCED** 05/22/2020 **EXPIRATION** 05/21/2024 | **SUPERVISION TYPE** Supervised Release | **CRIMINAL HISTORY CATEGORY** II | **TOTAL OFFENSE LEVEL** 31 | **PHOTO** | | |
| **ASST. U.S. ATTORNEY** Aldous Brant Cook Eric Doeh Julie A. Beck | | | **DEFENDANT ATTORNEY** To be determined | | | |

**REPORT PURPOSE**

**EMERGENCY JUDICIAL RESPONSE REQUESTED**

**ORIGINAL OFFENSE**

Count 1s: 21 U.S.C. § 846 and 21 U.S.C. § 841(a)(1), Conspiracy to Distribute and Possess With Intent to Distribute Heroin
Count 5s: 18 U.S.C. § 1956(a)(1)(A)(i), Conspiracy to Launder Monetary Instruments

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 60 months on each count (to be served concurrently), to be followed by a four-year term of supervised release on each count (to be served concurrently).

May 22, 2020: Order Granting Petitioner's Motion for Compassionate Release. Immediate release ordered with addition of Special Condition of Home Confinement. All other conditions of the original judgment remain in full force and effect.

**ORIGINAL SPECIAL CONDITIONS**

1. Mandatory drug treatment is ordered.
2. The defendant shall participate in a program by the probation department for substance abuse, which may include testing to determine if the defendant has reverted to the use of drugs or alcohol, if necessary.
3. You will be monitored by the form of Radio Frequency (RF) Monitoring for a period of up to 365 days consecutive days, and you must follow the rules and regulations of the location monitoring program. You are restricted to your residence every day from 8:00 p.m. to 7:00 a.m.

   Criminal Monetary Penalties:   Special Assessment $200.00 (paid), Fine $15,000.00 (balance $13,625.00).

| PROB 12C-2 (Rev. 08/18) | **VIOLATION REPORT Emergency Warrant Request** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 2280723 | **DATE** 12/28/2020 |
|---|---|---|---|---|
| **NAME** HOWARD, Ramel Levertis | | **OFFICER** Natalie Karpac | **JUDGE** Arthur J. Tarnow | **DOCKET #** 16-CR-20222-02 |

The probation officer believes that the offender has violated the following conditions of Supervised Release:

[ x ]  New Criminal Charges          [ x ]  Violent Conduct

[  ]  Whereabouts Unknown (Absconder)     [  ]  Other

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME." |

On December 28, 2020, HOWARD was arrested by Canton (Michigan) police and charged with Stalking. The following information is taken from the Canton (Michigan) police report and this writer's direct interview with the victim: The victim reports that HOWARD has called her with threats multiple times since his release from prison; however, his harassing behavior escalated after his tether was removed on December 9, 2020. She indicates that the person under supervision particularly calls her when he is intoxicated and threatens her over what he believes is property (and/or money) that is owed to him.

The victim alleges that on December 28, 2020, the person under supervision tried calling her numerous times from a blocked number starting at 12:05 a.m. At approximately 12:15 a.m., she heard someone banging on the door of her residence in Canton, Michigan. She looked out of her bedroom window and observed a red Ford Focus in front of her house with the driver's side door open. She recognized the vehicle as belonging to HOWARD and did not answer the door because she was in fear for her life. (Police later verified HOWARD's presence at the residence via video from the victim's Ring doorbell system.)

HOWARD eventually left the residence and the victim began to receive more calls from the blocked number. She answered one of the calls and recorded the conversation. The victim shared this recording with Canton (Michigan) police and the probation department. In the recording, the victim can be heard speaking to a male voice. Throughout the dialogue, the male voice states: "I am going to kill you… You don't pay your money, but you owe me this, I'll kill you right now.... If you say one more thing bitch, I'll tear your ass up... Bitch I'm tired of you. Pay my money.... That's how I live, bitch. I'm on some gangster shit. I've got money on your head right now. Bitch stop playing with me. Everybody in there's gonna get it, bitch. I'm on some gangster shit now.... I told you to turn all my shit over. I don't play games with nobody who robbed me. You robbed me. Bitch, that's what I'm on. And I got niggers outside right now. Now, I'm not playing with you, hoe."

| PROB 12C-2<br>(Rev. 08/18) | **VIOLATION REPORT Emergency Warrant Request** | **U. S. Probation Office**<br>Eastern District of Michigan | PACTS<br>2280723 | DATE<br>12/28/2020 |
|---|---|---|---|---|
| **NAME**<br>HOWARD, Ramel Levertis | **OFFICER**<br>Natalie Karpac | **JUDGE**<br>Arthur J. Tarnow | | **DOCKET #**<br>16-CR-20222-02 |

The victim called Canton (Michigan) police to file a report. She explained to both this writer and police that she is in fear for her life when the person under supervision has been drinking. Additionally, she reports that her cousin, Ronald Segars, who is also HOWARD's codefendant in the original offense, recently tried to kill his girlfriend and her mother over a similar property dispute and she is afraid that the same thing will happen to her.

**2**    **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME."

On December 28, 2020, HOWARD was arrested by Canton (Michigan) police and charged with Operating While Impaired 3rd. According to the Canton (Michigan) police report, on December 28, 2020, at approximately 2:40 a.m., officers were on patrol in the area of Ford Road and Haggerty Road in Canton, Michigan, when they observed a red Ford Focus driving northbound on Haggerty Road without the headlights of the vehicle turned on. A traffic stop was initiated and the officers were advised by dispatch that the suspect vehicle matched the description from a "threats to kill" call from earlier that night (See Violation Number 1 for corresponding details).

Once the vehicle came to a complete stop at a gas station, HOWARD opened the driver's side door and exited the vehicle. The person under supervision was generally noncompliant with police during the traffic stop (failed to follow commands, resisted arrest, refused field sobriety tests), but was ultimately arrested and taken into custody. A Search Warrant for blood sample was signed by 35th District Court (Canton, Michigan) and the person under supervision was transported to Beaumont Hospital (Canton, Michigan) for a blood draw at approximately 4:32 a.m. He has been convicted of Operating While Impaired on three prior occasions.

| I declare under penalty of perjury that the foregoing is true and correct.<br>**PROBATION OFFICER**<br>Natalie Karpac/ljc<br>313-234-5440 | **DISTRIBUTION**<br>Court |
|---|---|
| **SUPERVISING PROBATION OFFICER**<br>Ann R. Smith<br>734-741-2076 | **PROBATION ROUTING**<br>Data Entry |

**RECOMMENDING TO THE COURT**

[ ]    To Issue a Warrant

**Superseding Violation Report will follow**

| PROB 12C-2 (Rev. 08/18) | **VIOLATION REPORT Emergency Warrant Request** | **U. S. Probation Office** Eastern District of Michigan | PACTS 2280723 | DATE 12/28/2020 |
|---|---|---|---|---|
| **NAME** HOWARD, Ramel Levertis | **OFFICER** Natalie Karpac | **JUDGE** Arthur J. Tarnow | | **DOCKET #** 16-CR-20222-02 |

**THE COURT ORDERS:**

[ ]     The Issuance of a Warrant to be Lodged as a Detainer.

[X]     Other - Inpatient or intensive alcohol treatment program within 35 days.  Failure to enter a program will result in a summons being issued.

s/Arthur J. Tarnow
United States District Judge

12/30/2020
Date